# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Derek DeYoung

v.

Quingdao Lei Chi Industrial & Trade Co., Ltd.

Case No. 1:20-cv-00970
Hon. Janet T. Neff

TO: Quingdao Lei Chi Industrial & Trade Co., Ltd.
ADDRESS: Floor 16, Building A, No.18 Hong Kong Middle Road (FUTAI Mansion), Shinan District, Qingdao, China

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
John Di Giacomo
Revision Legal, PLLC
444 Cass St., Suite D
Traverse City, MI 49684

CLERK OF COURT

By: Deputy Clerk        October 09, 2020
                        Date

---

## PROOF OF SERVICE

This summons for __Quingdao Lei Chi Industrial & Trade Co., Ltd.__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☒ Other (specify): Service by email on sales@leichichina.com pursuant to the Court's order dated 10/26/2020.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: 10/26/2020

*Server's signature*

John Di Giacomo, Attorney for Plaintiff DeYoung
*Server's printed name and title*

444 Cass St., Suite D, Traverse City, MI 49684
*Server's address*

Additional information regarding attempted service, etc.: